IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BILLIE JOE CHAPMAN, | |
|---|---|
| Plaintiff, | 8:17CV460 |
| vs. | |
| KLAUS HARTMANN, M.D. in Official and/or individual Capacity; and LINCOLN REGIONAL CENTER, in Official and/or indiviual Capacity; | MEMORANDUM AND ORDER |
| Defendants. | |

On December 26, 2017, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not updated his address or taken any other action in this matter.[1]

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 6th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] Plaintiff also was ordered to update his address on December 26, 2017, in another of his pending cases in this court, Chapman v. Douglas County Department of Corrections et al., Case No. 8:17CV465. (Filing No. 9, Case No. 8:17CV465.) In both the present case and 8:17CV465, a copy of the December 26, 2017 Memorandum and Order was mailed to Plaintiff's last known address and to the Lincoln Regional Center. (Filing No. 6, Case No. 8:17CV460; Filing No. 9, Case No. 8:17CV465.) Plaintiff gave notice of his current address in 8:17CV465, but not in the present case. Thus, Plaintiff appears to have decided not to prosecute this matter further.